UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 2:13-cr-00119-GMN-GWF |
| v. | ) ) | ORDER TO UNSEAL |
| MOHAMMED BELAYET HOSSAIN, | ) ) | |
| Defendant. | ) ) | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned case shall be unsealed.

DATED this 20th day of August, 2013.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

3