KATHLEEN BLISS, ESQ.
Nevada State Bar No. 7606
E-Mail:  kathleen.bliss@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada  89118
TEL:  702.893.3383
FAX: 702.893.3789

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMED HOSSAIN,<br><br>Defendant. | CASE NO. 2:13-cr-00119-GMN-GWF<br><br>**MOTION TO SEAL EXHIBIT IN DEFENDANT'S SENTENCING MEMORANDUM**<br><br>Sentencing Hearing: May 28, 2015<br>10:00 a.m.<br><br>**AND ORDER THEREON** |

COMES NOW Defendant Mohammed Hossain ("Mr. Hossain"), by and through his counsel of record, Kathleen Bliss, Esq. of the law firm of Lewis Brisbois Bisgaard & Smith LLP, and requests the Court to seal **Exhibit D** in Mr. Hossain's Sentencing Memorandum. (Docket "Dkt." No. 82) (timely filed on May 20, 2015).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 **Exhibit D** contains private information which is not appropriate for viewing
2 in the public record.

3 DATED this 26th day of May 2015.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By ____/s/ Kathleen Bliss, Esq.____
KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

Attorneys for Defendant Mohammed Hossain

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 05/27/2015**

