KATHLEEN BLISS, ESQ.
Nevada State Bar No. 7606
E-Mail: kathleen.bliss@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMED HOSSAIN,<br><br>Defendant. | CASE NO. 2:13-cr-00119-GMN-GWF<br><br>**MOTION FOR CLARIFICATION REGARDING JUDGMENT (DKT. NO. 90) AND ORDER THEREON**<br><br>Sentencing Hearing: May 28, 2015<br>10:00 a.m. |

Defendant Mohammed Hossain ("Mr. Hossain"), by and through his counsel of record, Kathleen Bliss, Esq. of the law firm of Lewis Brisbois Bisgaard & Smith LLP, respectfully moves the Court for an order correcting the amount of restitution ordered in this case to Wells Fargo.

On May 28, 2015, this Court sentenced Mr. Hossain to a sentence of time served, a fine of $100.00 (one hundred dollars), and restitution to Wells Fargo in the amount of $175,000. The restitution amount of $175,000 was based upon the Court's finding at the sentencing hearing. The government failed to prove, by a preponderance of the evidence, that Mr. Hossain owed the $186,773.55 amount claimed by the government.

On June 1, 2015, this Court issued its Judgment (Docket "Dkt." No. 90). On page 5, the judgment shows that Mr. Hossain owes $175,000 as restitution to Wells Fargo, however, on page 7, the judgment shows that Mr. Hossain owes $186,773.55

as restitution to Wells Fargo. (Dkt. No. 90 at 5, 7).  Mr. Hossain believes that the error is based on a submission by the government prior to the Court's final order. As such, it is merely a clerical error inadvertently made in the written judgment. Mr. Hossain thus respectfully requests that the Court correct, pursuant to Fed. R. Crim. P. 35 (a), Dkt. No. 90 (specifically, page 7) to reflect the correct amount of restitution ($175,000.00) that Mr. Hossain must pay to Wells Fargo.

DATED this 1st day of June 2015.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By   /s/ Kathleen Bliss, Esq.
KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

Attorneys for Defendant Mohammed Hossain

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 06/19/2015.



**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of , and that on this 1st day of June, 2015, I did cause a true copy of

*MOTION FOR CLARIFICATION REGARDING JUDGMENT (DKT. NO. 90)*

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

By  /s/ *Krystle Platero*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP