KATHLEEN BLISS
Nevada Bar No. 7606
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel.:702.893.3383
Fax: 702.893.3789

Attorneys for Mohammed Hossain

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Mohammed Hossain,<br><br>　　　　　Defendant. | Case no. 2:13-cr-00119-GMN-GWF<br><br>**DEFENDANT'S MOTION TO RELEASE PASSPORT AND ORDER** |

Defendant Mohammed Hossain, by and through his attorney of record, Kathleen Bliss, Esq., hereby submits this motion requesting the Court enter an order directing Pretrial Services to release his passport to his probation officer at the U.S. Probation Office.

On December 9, 2015, Mr. Hossain entered a guilty plea to a single count of bank fraud for having violated 18 U.S.C. § 1344. (Docket "Dkt." No. 77). On May 28, 2015, Mr. Hossain was sentenced by the Court to a term of incarceration of time served and three years of supervised release. He also must pay restitution in the amount of $175,000.00. (Dkt. No. 90 (which clarified the amount of restitution).

/ / /

/ / /

/ / /

/ / /

/ / /

4839-0591-1334.1

1  Mr. Hossain now respectfully requests that the Court direct Pretrial Services to release his
2  passport to him at his request. Further, Mr. Hossain requests that the Court do so on an expedited
3  basis, as his passport could be transferred to the State Department, according to Pretrial Services
4  protocol.
5  DATED this 29th day of July 2015.

By: /s/ Kathleen Bliss
Kathleen Bliss
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd, Suite 600
Las Vegas NV., 89118
702-693-4336, Ext.: 4336

## ORDER

Upon review of Mohammed Hossain's motion to release passport, and good cause appearing, it is hereby ORDERED, ADJUDGED, and DECREED that the U.S. Pretrial Services Office is directed to release Mr. Hossain's passport **to his probation officer** at the U.S. Probation Office, and **not to the defendant**, MOHAMMED HOSSAIN.

**IT IS SO ORDERED** this 31st day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

4839-0591-1334.1                                    2

**CERTIFICATE OF SERVICE**

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure and Rule 47-11 of the Local Rules of Practice for the United States District Court for the District of Nevada, I certify that I am an employee of Lewis Brisbois Bisgaard & Smith LLP, and that on this 29th day of July, 2015, I did cause a true and correct copy of:

**DEFENDANT'S MOTION TO RELEASE PASSPORT AND PROPOSED ORDER**

to be served via the Court's CM/ECF system to the parties on the Electronic Filing System in this action.

Gregg Damm
Assistant United States Attorney
333 Las Vegas Blvd S.
Suite 5000
Las Vegas, NV 89101
Email: gregg.damm@usdoj.gov

By:   */s/ Krystle Platero*___
An employee of
Lewis Brisbois Bisgaard & Smith LLP



4839-0591-1334.1