Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
# for
# the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Mohammed Hossain**

Case Number:  **2:13CR00119**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **May 28, 2015**

Date of Amended Judgement: **June 19, 2015**

Original Offense: **Bank Fraud**

Original Sentence: **1 Days prison, followed by 36 Months TSR.**

Date Supervision Commenced: **May 28, 2015**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

## SUMMARY

The offender began his term on supervision on May 28, 2015, in the District of Nevada. Mr. Hossain has submitted a request to travel to Bangladesh for a period of two months for important business. The cost of trip has an estimated value of $7,500.00, from which he reports will be paid by the business, however we are uncertain as to which business will make the expense.

Mr. Hossain advised he represents companies from Bangladesh in the U.S. that market to the citizens of Bangladesh residing in the U.S. He is having difficulty with one company as some investors have stopped making payments due to a project not being completed. He further wants to visit the school he currently funds for underprivileged children and see their progress, as well as file his taxes. He will also be visiting his sister as she recently has lost her husband and is in need of financial support.

A financial investigation was conducted in July 2015. Financial forms revealed the offender has a gross income of $20,250.00 and net earnings of $4,840.00, with a monthly income of $1,200.00 in an account that is only used in Bangladesh for the funding of his school. Mr. Hossain has agreed to make $450.00 payments towards his restitution. Mr. Hossain will increase

RE: Mohammed Hossain

Form 12 - Travel
D/NV Form
Rev. June 2014

his restitution payments if he is able to liquidate assets he has an interest in for the company he works for in Bangladesh.

The U.S. Probation Office, after staffing the case with Assistant U.S. Attorney Gregory Damm, would like to impose a travel restriction until his restitution is satisfied; currently the offender has an outstanding balance of $174,250.00. The U.S. Probation Office believes that there are numerous methods to conduct business across the entire world he can utilize without having to travel. Mr. Hossain needs to take care of financial obligations in the U.S. prior to taking care of financial obligations in another country.

Respectfully submitted,

Margarita Hernandez Powell
2015.08.21 09:17:19 -07'00'

Margarita Hernandez Powell
United States Probation Officer

Approved:

Amberleigh K. Valdez
2015.08.21 09:05:09 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

### THE COURT ORDERS

☑ Requested Travel is Approved

☐ Requested Travel is Denied

☐ Other

Signature of Judicial Officer

August 31, 2015
Date